

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00580-CR

Fernando **DIAZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR6800A
Honorable Maria Teresa Herr, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED October 23, 2013.

_____
Patricia O. Alvarez, Justice